1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDELL COLEMAN,

        Plaintiff,

    v.

FERNANDEZ, et al.,

        Defendants.

Case No. 21-cv-00539-SI

**ORDER EXTENDING DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE**

On February 11, 2021, plaintiff was ordered to show cause within thirty days why this action should not be dismissed under 28 U.S.C. § 1915(g). Docket No. 5. That order was returned to the court as undelivered mail, apparently because the plaintiff was no longer in custody at the facility to which the mail was sent. Plaintiff recently filed a notice of change of address, stating that he is now housed at North Kern State Prison. Accordingly, the court now will reset the deadline for plaintiff to respond to the February 11, 2021 order to show cause: No later than **June 18, 2021**, plaintiff must file a written response to the February 11, 2021 order to show cause re. contemplated dismissal.

The clerk will mail to plaintiff a copy of the February 11, 2021 order to show cause re. contemplated dismissal (i.e., Docket No. 5).

**IT IS SO ORDERED**.

Dated: May 13, 2021

_____
SUSAN ILLSTON
United States District Judge