UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LT. FERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-00539-SI (pr)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A FOURTH EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 19 |

On February 11, 2021, plaintiff was ordered to show cause within thirty days why this action should not be dismissed under 28 U.S.C. § 1915(g). Docket No. 5. The order identified three prior dismissals that appeared to count under § 1915(g), stated that plaintiff did not appear to be under imminent danger of serious physical injury when he filed the complaint, and ordered plaintiff to show cause why pauper status should not be denied and the action should not be dismissed. *Id.* at 1-2. The order further stated that plaintiff also could avoid dismissal by paying the filing fee by the deadline. *Id.* at 3.

The court has reset the deadline three times for plaintiff to respond to the February 11, 2021 order to show cause. Docket Nos. 9, 14, 16. The deadline, October 1, 2021, has passed. To date, plaintiff has not filed his response. Instead, he requests a fourth extension of the deadline to file his response. Upon due consideration, plaintiff's request is GRANTED. Docket No. 19. No later than **November 10, 2021**, plaintiff must file a written response to the February 11, 2021 order to show cause re. contemplated dismissal. If plaintiff fails to file a response by the November 10, 2021 deadline or fails to file a proper response addressing the § 1915(g) issue and showing cause why this action should not be dismissed, then the court will deny plaintiff's *in forma pauperis* application and dismiss this action under § 1915(g). Again, dismissal under § 1915(g) means that a prisoner

1  cannot proceed with his action as a pauper under § 1915(g), but he still may pursue his claims if he
2  pays the full filing fee at the outset of the action. Thus, in the alternative to showing cause why the
3  action should not be dismissed, plaintiff may avoid dismissal by paying the full $402.00 filing fee
4  by the same deadline.

**IT IS SO ORDERED**.

Dated: October 12, 2021

_____
SUSAN ILLSTON
United States District Judge