# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>FERNANDEZ, et al.,<br><br>    Defendants. | Case No. 21-cv-00539-SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff asserting his claims in a new complaint for which he pays the full filing fee at the time he files that action.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 16, 2021

_____
SUSAN ILLSTON
United States District Judge